939 A.2d 224

IN THE MATTER OF CLAUDE N. STUART,
AN ATTORNEY AT LAW.

January 23, 2008.

### ORDER

This matter having been duly presented to the Court, it is ORDERED that **CLAUDE N. STUART** of **DIX HILLS, NEW YORK,** who was admitted to the bar of this State in 1985, and who was suspended from the practice of law for a period of three months, effective October 26, 2005, by Order of this Court filed September 21, 2007, be restored to the practice of law, effective immediately.